UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

Dianna Motley

Debtor(s)

Case No. 14 B 17049

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/05/2014.

2) The plan was confirmed on 07/31/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/05/2016.

5) The case was Converted on 05/31/2016.

6) Number of months from filing to last payment: 24.

7) Number of months case was pending: 27.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

| **Receipts:** | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,929.08 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$3,929.08** |

| **Expenses of Administration:** | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,673.19 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $135.54 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,808.73** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Account Recovery Service | Unsecured | 577.00 | NA | NA | 0.00 | 0.00 |
| Ameri Cash Loan | Unsecured | 1,736.81 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 1,036.14 | 184.38 | 184.38 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 0.00 | 1,041.36 | 1,041.36 | 0.00 | 0.00 |
| Arnoldharris | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| Balaban Furniture Ltd | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 9,216.19 | 7,406.54 | 7,406.54 | 0.00 | 0.00 |
| Comcast | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ComEd | Unsecured | 875.45 | NA | NA | 0.00 | 0.00 |
| Cook County Hospital | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Credit Management | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 362.00 | NA | NA | 0.00 | 0.00 |
| Direct TV | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co L | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 605.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 437.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Forest Park Loan Company, Inc. | Unsecured | 528.34 | NA | NA | 0.00 | 0.00 |
| Homeland Housewares | Secured | 150.00 | 0.00 | 150.00 | 119.71 | 0.64 |
| Illinois Attorney General | Unsecured | 2,908.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 225.00 | 102.60 | 102.60 | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 393.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 0.00 | 8,857.21 | 8,857.21 | 0.00 | 0.00 |
| Illinois Dept Of Human Services | Unsecured | 2,908.00 | 2,908.00 | 2,908.00 | 0.00 | 0.00 |
| Instant Cash Advance | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 863.53 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LaSalle Bank | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Little Company of Mary | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Mci | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| Medical Collections System | Unsecured | 611.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Midland Credit Management | Unsecured | 465.65 | NA | NA | 0.00 | 0.00 |
| Midnight Velvet | Unsecured | 376.00 | NA | NA | 0.00 | 0.00 |
| Montgomery Ward | Unsecured | 327.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 341.58 | NA | NA | 0.00 | 0.00 |
| New York & Company | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Northside Community Fc | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Nrthside Fcu | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| Payday One | Unsecured | 487.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 6,050.43 | 1,276.50 | 1,276.50 | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 570.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 5,028.16 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 13,503.06 | 13,503.06 | 0.00 | 0.00 |
| Quance Loan | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 548.00 | 548.70 | 548.70 | 0.00 | 0.00 |
| Salute/utb | Unsecured | 782.00 | NA | NA | 0.00 | 0.00 |
| SIR Finance Corporation | Unsecured | 1,606.35 | 1,606.35 | 1,606.35 | 0.00 | 0.00 |
| Speedy Loan | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| Stellar Rec | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| Sun Cash | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Surety Fin | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| T Mobile USA | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| TCF National Bank | Unsecured | 198.67 | NA | NA | 0.00 | 0.00 |
| Titlemax Of Illinois Inc d/b/a TitleMax | Unsecured | 700.00 | 789.17 | 789.17 | 0.00 | 0.00 |
| Triad Financial Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Verizon | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Verizon | Unsecured | 1,036.14 | NA | NA | 0.00 | 0.00 |
| Webbank-Fingerhut | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| Wolcott Realty | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Zoompayday | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $150.00 | $119.71 | $0.64 |
| **TOTAL SECURED:** | **$150.00** | **$119.71** | **$0.64** |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$38,223.87** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,808.73 |
| Disbursements to Creditors | $120.35 |
| **TOTAL DISBURSEMENTS** : | **$3,929.08** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/01/2016              By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**